UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRIA M. JIMERSON o/b/o | ) | |
| JUSTIN R. DEBOSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV1120 TCM |
| | ) | |
| EDDIE WARRTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice in accordance with the Memorandum and Order issued on this same date.

Dated this 24th day of June, 2011.

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　HENRY EDWARD AUTREY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE